UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PEGGY J. RATAEZYK,<br><br>    Plaintiff,<br>v.<br><br>RECEIVABLE MANAGEMENT PARTNERS, LLC d/b/a RMP SERVICES, LLC,<br><br>    Defendant. | Case No.  6:17-cv-00357- ADA-JCM<br><br>Honorable Judge Alan D. Albright |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff PEGGY J. RATAEZYK , and the Defendant, RECEIVABLE MANAGEMENT PARTNERS, LLC d/b/a RMP SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against RECEIVABLE MANAGEMENT PARTNERS, LLC d/b/a RMP SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 17, 2018                                             Respectfully Submitted,

**PEGGY J. RATAEZYK**                                         **RECEIVABLE PERFORMANCE PARTNERS, LLC**

/s/ Nathan C. Volheim                                             /s/ Cooper M. Walker (*with consent*)
Nathan C. Volheim                                                   Cooper M. Walker
*Counsel for Plaintiff*                                                *Counsel for Defendant*
Sulaiman Law Group, LTD                                     Malone and  Martin PLLC
2500 S. Highland Avenue, Suite 200                    Northpark Central, Suite 1850
Lombard, Illinois 60148                                          8750 North Central Expressway
Phone: (630) 575-8181                                            Dallas, TX 75231
Fax :(630) 575-8188                                                 Phone: (214) 346-2630
nvolheim@sulaimanlaw.com                                cwalker@mamlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim