IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

FILED
DEC 1 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| PEGGY J. RATAEZYK<br>*Plaintiff*<br><br>v.<br><br>RECEIVABLE MANAGEMENT<br>PARTNERS, LLC d/b/a RMP<br>SERVICES, LLC<br>*Defendant* | §<br>§<br>§<br>§<br>§  CIVIL NO. 6:17-CV-00357-ADA-JCM<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Agreed Stipulation of Dismissal with Prejudice. After having reviewed the parties' stipulation, the Court finds that this matter should be dismissed. It is **THEREFORE ORDERED** that the above-entitled cause of action is **DISMISSED WITH PREJUDICE**. It is **FURTHER ORDERED** that this case is **CLOSED**.

**SIGNED** this 18th day of December 2018.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE